# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Sabrina Spencer,<br><br>*Plaintiff(s)*<br>v.<br>County of Nassau, et al. (see attached rider),<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 17-5537 (DRH) (SIL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nassau County Police Officer Joseph Calamita, Shield No. 3769
NCPD
1490 Franklin Avenue
Mineola, NY 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Office of Ryan Lozar
305 Broadway, Suite 1001
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/12/2017

S/ Linda Anne Fagan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-5537 (DRH) (SIL)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00      .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                         *Server's signature*

                                _____
                                         *Printed name and title*


                                _____
                                         *Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 17-5537 DRH-SIL

## SUMMONS RIDER

The full list of Defendants could not fit in the field on the summons to which this rider is attached. Accordingly, this rider supplements and provides a complete the list of the Named Defendants to match the caption of the Complaint.

Defendants:

County of Nassau, Nassau County Police Officer Joseph Calamita, Shield No. 3769, Nassau County Police Officer Michael Throo, Nassau Police Officer Michael O'Brien, Nassau Police Officer David Husing, Nassau Police Officer Jeffrey Marshall, Nassau Police Officer Edwin Nuncio, Nassau Police Officer Matthew Puhalski, Nassau Police Officer John Klindworth, Shield No. 0242, Nassau Police Officer Kenneth Ritter, Shield No. 3474, Nassau Police Officer Mark Kellerman, Shield No. 0250, Nassau Police Officer CATAL 8093, and JOHN DOE POLICE OFFICERS 1-4, in their individual capacities.