UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SABRINA SPENCER

                Plaintiff,        17-CV-05537 (DRH)(SIL)

  v.

COUNTY OF NASSAU, NASSAU POLICE OFFICER    **SCHEDULING ORDER**
JOSEPH CALAMITA, Shied No. 3769, NASSAU    ~~WORKSHEET~~
COUNTY POLICE OFFICER MICHAEL THROO,
NASSAU COUNTY POLICE OFFICER MICHAEL
O'BRIEN, NASSAU COUNTY POLICE OFFICER
DAVID HUSING, NASSAU COUNTY POLICE
OFFICER JEFFREY MARSHALL, NASSAU COUNTY
POLICE OFFICER EDWIN NUNCIO, NASSAU
COUNTY POLICE OFFICER MATTHEW PUHALSKI,
NASSAU POLICE OFFICER JOHN KLINDWORTH,
Shield No. 3437, NASSAU POLICE OFFICER MARK
KELLERMAN, Shield No. 0250, NASSAU POLICE
OFFICER CATAL 8093, and JOHN DOES POLICE
OFFICERS 1-4, in their individual capacities,

                Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 22 2018 ★
LONG ISLAND OFFICE

DEADLINES AND COURT APPEARANCES

| Date | Event |
|---|---|
| April 13, 2018 | Exchange of Rule 26(a)(1) disclosures |
| May 31, 2018 | Service of first interrogatories and document demands |
| July 31, 2018 | Responses to first interrogatories and document demands |
| August 24, 2018 | Motions to join new parties or amend the pleadings |
| ~~TBD by Court~~ 9/13 at 11 AM | Status conference in courtroom 820 |
| December 31, 2018 | Completion of depositions |
| January 31, 2019 | Identification of case-in-chief experts and service of Rule 26 disclosures |
| February 22, 2019 | Identification of rebuttal experts and service of Rule 26 disclosures |
| March 29, 2019 | Commencement of summary judgment motion practice |
| 4/25/19 ~~TBD by Court~~ @ 11:00 AM | Pretrial conference in courtroom 820 |

SO ORDERED
by
Magistrate Judge Steven I. Locke
/s/ STEVEN I. LOCKE
3/22/18