| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>            U.S. MAGISTRATE JUDGE | DATE:  9/13/18<br>TIME:   11:00 am |

CASE:  **CV 17-5537 (DRH) Spencer v. County of Nassau et al**

TYPE OF CONFERENCE:  STATUS                    FTR:

APPEARANCES:
   For Plaintiff:   No appearance

   For Defendant:  Ralph Reissman

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   No appearance from plaintiff.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      10/30/18 at 11:00 am            : Status conference


                                                    SO ORDERED

                                                     /s/Steven I. Locke
                                                    STEVEN I. LOCKE
                                                    United States Magistrate Judge