**UNITED STATES DISTRICT COURT**        **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**       **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                DATE: 12/18/2018
         U.S. MAGISTRATE JUDGE        TIME:  11:00 am

CASE:  **CV 17-1525(JS) Nautilus, Inc. v. Sport Measurement Group, LLC et al**

TYPE OF CONFERENCE: STATUS        FTR:   11:03-11:18

APPEARANCES:
      For Plaintiff:   Alan Heller and Jeanne Barenholtz

      For Defendant: Keith Richman

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [      ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other: Plaintiff's motion to compel, DE [47], is granted for the reasons set forth on the record.  Plaintiff can use the confidential documents at issue for the purposes of the depositions sought and no other purpose.  Mr. Dionisio will appear for his deposition on January 17, 2019 at 11:00am at Plaintiff counsel's offices.  This date may only be moved with the consent of all sides and the witness but will occur no later than January 31, 2019. The two non-party depositions will be completed on or before January 31, 2019.  If this deadline is not met, Plaintiff will serve and file motion to compel on January 31, 2019 on notice to the two witnesses and those witnesses should appear in court to explain their failure to appear for deposition.

        Defendant's motion to compel, DE [48], for a further 30(b)(6) deposition with a witness prepared to testify about the subjects at issue, is also granted for the reasons set forth on the record.

        Deadline to commence summary judgment motion practice:  March 4, 2019.

                  SO ORDERED

                   /s/Steven I. Locke
                  STEVEN I. LOCKE
                  United States Magistrate Judge