The Law Office of Ryan Lozar, P.C.
305 Broadway, 14th Floor, New York, NY 10007
Tel: (310) 867-1562; Fax 1-877-666-4456
ryanlozar@gmail.com



MARCH 29, 2020

Re: <u>Spencer v. County of Nassau, et al.</u>, No. 17 Civ. 5537 (DRH) (SIL)

Dear Judge Locke:

     I represent Plaintiff Sabrina Spencer in the above-captioned Section 1983 action. I write to move to withdraw as her counsel pursuant to Local Rule 1.4. Plaintiff has retained Cory Morris, Esq., and Mr. Morris has entered a Notice of Appearance on Plaintiff's behalf. <u>Docket No. 65</u>. Accordingly, my withdrawal will not cause any interruption to Plaintiff's legal representation in this case. [1]

     The reason for the motion is that I have accepted a law clerk position with U.S. Magistrate Judge Vera M. Scanlon in the Eastern District's Brooklyn courthouse. I will be unable to represent private clients during that service, which begins in April 2020. I have advised Plaintiff of these developments and served her with a copy of this motion. She retained Mr. Morris in response and has no objection to my withdrawal.

     In connection with Plaintiff's retainer of Mr. Morris and this motion, I have delivered Plaintiff's electronic file to Mr. Morris so that he has the information necessary to represent Plaintiff in my stead.

     The Parties are currently performing fact discovery and a related status conference is scheduled for April 27, 2020. Mr. Morris is aware of that conference from me, the Parties' March 26 telephone conference, and the docket. I have also conferred with Mr. Morris about the case and the Parties' outstanding work.

     In terms of a lien pertaining to my work, which Local Rule 1.4 requires me to address, Plaintiff's case includes a Section 1988 claim. Accordingly, in the event that Plaintiff finds herself a prevailing party able to seek related reasonable fees/costs, any such application would include my work and costs through my present withdrawal.

Sincerely,

*Ryan Lozar*

Ryan Lozar

---

[1] As the Court may recall, Mr. Morris was present for the Parties' March 26, 2019, telephone conference with the Court in order to begin this transition.