| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>            U.S. MAGISTRATE JUDGE | DATE: 8/3/2020<br>TIME: 10:30 am |

CASE:  **CV 17-5537(DRH) Spencer v. County of Nassau et al**

TYPE OF CONFERENCE:    STATUS            FTR:

APPEARANCES:
    For Plaintiff:   Corey Morris

    For Defendant: Ralph Reissman

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other: Status conference held. Next status phone conference:  October 5, 2020 at 1130am.  Defense counsel will produce all remaining outstanding discovery prior the next conference and explain whether the remaining defense witness is available for deposition, and if not, why not, and when he will be available.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

        10/5/2020 at 11:30 am        : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                SO ORDERED

                                 /s/Steven I. Locke
                                STEVEN I. LOCKE
                                United States Magistrate Judge